```
1  LAW OFFICES OF DENNIS J. LUCA
   DENNIS J. LUCA, ESQ.    SBN 203847
2  DAVID J. LUCA, ESQ.     SBN 237973
   1252 Park Avenue
3  San Jose, CA 95126
   Telephone (408) 287-7878
4  Facsimile (408) 287-7879

5  ATTORNEYS FOR PETITIONER,
   Mark Hawke
6

7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

12  MARK HAWKE,                        )  Case No.: C-07-03456
                                       )
13           Petitioner,                )
                                       )
14  vs.                                )
                                       )  DECLARATION OF JULIE SAFFREN
15                                     )  REGARDING SERVICE OF
                                       )  DOCUMENTS ON LUCIA HERRERA
16  UNITED STATES DEPARTMENT OF        )  HAWKE
    HOMELAND SECURITY, CITIZENSHIP     )
17  AND IMMIGRATION SERVICES, a        )
    governmental entity,               )
18                                     )
             Respondent.                )
19  _____)

20       I, JULIE SAFFREN, declare:

21       1.   I am an attorney duly licensed to practice law in the State of California.

22       2.   I make this declaration from my own personal knowledge, except as to those

23  matters alleged upon information and belief and to those matters, I believe them to be true. If

24  called as a witness, I could and would testify competently thereto.

25       3.   I am not a party in the above-captioned matter and submit this declaration for the

26  Court's review regarding the service of documents on LUCIA HERRERA HAWKE (hereinafter

27  "LUCIA") in Case Number C-07-03456. I am the attorney of record for LUCIA in Santa Cara

28  County Superior Court Case Number 1-06-DV-009835, which is a Family Law domestic
```

*DECLARATION OF JULIE SAFFREN REGARDING SERVICE OF DOCUMENTS ON LUCIA HERRERA HAWKE*
*HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES*
*CASE NO.: C-07-03456*

1

1 | violence case initiated by LUCIA against Petitioner, MARK HAWKE.

2 | 4. On July 16, 2007, I received an email from David Luca with a request for
3 | LUCIA's physical address as he indicated that he had documents that had to be served upon
4 | LUCIA. As LUCIA's current address is "confidential" for purposes of the Domestic Violence
5 | case, I indicated that I would accept service of said documents on her behalf. I hereby represent
6 | to this Court that I have agreed, on behalf of LUCIA to accept service of any and all documents
7 | on behalf of her in Case Number C-07-03456.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct to the best of my knowledge. Executed this 17th day of July, 2007 at San Jose, California.

*/s/ Julie Saffren*
JULIE SAFFREN

---

*DECLARATION OF JULIE SAFFREN REGARDING SERVICE OF DOCUMENTS ON LUCIA HERRERA HAWKE*
*HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES*
*CASE NO.: C-07-03456*

2