```
1   LAW OFFICES OF DENNIS J. LUCA
    DENNIS J. LUCA, ESQ.    SBN 203847
2   DAVID J. LUCA, ESQ.     SBN 237973
    1252 Park Avenue
3   San Jose, CA 95126
    Telephone (408) 287-7878
4   Facsimile  (408) 287-7879

5   ATTORNEYS FOR PETITIONER,
    Mark Hawke
6
7
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARK HAWKE, | Case No.: C-07-03456 |
| Petitioner, | |
| vs. | **CERTIFICATE OF SERVICE** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES, a governmental entity, | |
| Respondent. | |

### CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Santa Clara County, California. I am over the age of 18 years and not a party to the within action; my business address is 1252 Park Avenue, San Jose, California 95126.

On August 2, 2007, I served the following document(s):

**DECLARATION OF JULIE SAFFREN REGARDING SERVICE OF DOCUMENTS ON LUCIA HERRERA HAWKE**

on the party or parties named below, as follows:

---

CERTIFICATE OF SERVICE
HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES
CASE NO.: C-07-03456

[ X ]   BY U.S MAIL [Fed. Rule Civ. Proc. Rule 5(b)]: by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at the Law Offices of Dennis J. Luca, 1252 Park Avenue, San Jose, California, 95126 in accordance with the Law Offices of Dennis J. Luca's ordinary business practices.

I am readily familiar with the Law Offices of Dennis J. Luca's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of the Law Offices of Dennis J. Luca's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at the Law Offices of Dennis J. Luca with postage thereon fully prepaid for collection and mailing.

Office of the Chief Counsel
U.S. Department of Homeland Security
120 Montgomery Street, Suite 200
San Francisco, California 94104

Office of the District Attorney
Attn: Maxmillian Zarzana
70 West Hedding Street
San Jose, CA  95110

Lucia Herrera Hawke
c/o Julie Saffren, Esq.
586 North First Street, Suite 215
San Jose, CA  95112

    Executed on August 2, 2007, at Santa Clara County, California.  I declare under penalty of perjury that the above is true and correct.

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/_____
DAVID LUCA

CERTIFICATE OF SERVICE
HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES
CASE NO.: C-07-03456