UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 10, 2007

Case No. C-07-03456-RMW    JUDGE: Ronald M. Whyte

**MARK HAWKE**                                    -V- U.S. DEPT. OF HOMELAND SECURITY, et al.
Title

Appeared                                          No Appearance
**Attorneys Present**                             **Attorneys Present**

**COURT CLERK:** Jackie Garcia              **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

ORDER TO SHOW CAUSE HEARING

**ORDER AFTER HEARING**

Hearing Held. Counsel for plaintiff advised the Court that they have not perfected service on the defendants. The Court continued the OSC hearing for 9/7/07 @ 9:00 am.