# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

DATE: September 7, 2007

Case No. C-07-03456-RMW            JUDGE: Ronald M. Whyte

**MARK HAWKE**                     -v- **U.S. DEPARTMENT OF HOMELAND SECURITY**
Title

D. Luca                                    No Appearance
**Attorneys Present**                      **Attorneys Present**

**COURT CLERK:** Jackie Garcia            **COURT REPORTER:** Lee-Anne Shortridge

## PROCEEDINGS

### ORDER TO SHOW CAUSE HEARING

**ORDER AFTER HEARING**

Hearing Held. Plaintiff's counsel advised the Court that they have reserved the defendants and defendants have not filed an opposition to the petition. The Court ordered the defendants to produce the records in question for an in-camera review to the Judge Ronald M. Whyte. The plaintiff to prepare an order following the hearing.