```
1   LAW OFFICES OF DENNIS J. LUCA
    DENNIS J. LUCA, ESQ.    SBN 203847
2   DAVID J. LUCA, ESQ.     SBN 237973
    1252 Park Avenue
3   San Jose, CA 95126
    Telephone (408) 287-7878
4   Facsimile  (408) 287-7879

5   ATTORNEYS FOR PETITIONER,
    Mark Hawke
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  MARK HAWKE,                    )   Case No.: C-07-03456
                                   )
13           Petitioner,           )
                                   )
14  vs.                            )
                                   )   CERTIFICATE OF SERVICE
15                                 )
                                   )
16  UNITED STATES DEPARTMENT OF    )
    HOMELAND SECURITY, CITIZENSHIP )
17  AND IMMIGRATION SERVICES, a    )
    governmental entity,           )
18                                 )
             Respondent.           )
19  _____)

20                       CERTIFICATE OF SERVICE

21      I, the undersigned, declare that I am employed in Santa Clara County, California. I am
    over the age of 18 years and not a party to the within action; my business address is 1252 Park
22  Avenue, San Jose, California 95126.

23      On September 20, 2007, I served the following document(s):
24
    ORDER AFTER HEARINGCIVIL MINUTES FROM HEARING ON AUGUST 10, 2007
25

26  on the party or parties named below, as follows:

27
    [ X ]    BY U.S MAIL [Fed. Rule Civ. Proc. Rule 5(b)]:  by placing a true copy of thereof
28  enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for
```

---

CERTIFICATE OF SERVICE
HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES
CASE NO.: C-07-03456

collection and mailing at the Law Offices of Dennis J. Luca, 1252 Park Avenue, San Jose, California, 95126 in accordance with the Law Offices of Dennis J. Luca's ordinary business practices.

I am readily familiar with the Law Offices of Dennis J. Luca's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of the Law Offices of Dennis J. Luca's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at the Law Offices of Dennis J. Luca with postage thereon fully prepaid for collection and mailing.

Office of the Chief Counsel  
U.S. Department of Homeland Security  
630 Sansome Street, Suite 1080  
San Francisco, CA 94111  

Office of the District Attorney  
Attn: Maxmillian Zarzana  
70 West Hedding Street  
San Jose, CA 95110  

Lucia Herrera Hawke  
c/o Julie Saffren, Esq.  
586 North First Street, Suite 215  
San Jose, CA 95112  

  Executed on September 20, 2007, at Santa Clara County, California. I declare under penalty of perjury that the above is true and correct.

  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/_____  
DAVID LUCA

CERTIFICATE OF SERVICE  
HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES  
CASE NO.: C-07-03456

2