SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HAWKE, ) | No. C 07-03456 RMW |
|               Petitioner, ) | |
| v. ) | NOTICE OF APPEARANCE |
| UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, CITIZENSHIP ) AND IMMIGRATION SERVICES, ) | |
|               Respondent. ) | |

PLEASE TAKE NOTICE that Melanie L. Proctor, Assistant U.S. Attorney, will appear on behalf of Respondent in the above captioned case. The United States Attorney's Office learned of this action on September 26, 2007; to date, the U.S. Attorney's Office has not been served with the petition as required by Fed. R. Civ. P. 4(i). Undersigned counsel will file a motion to vacate the Court's September 19, 2007 order, based in part on Rule 4, as well as the need to brief the serious jurisdictional issues presented by this action (see, e.g., 5 U.S.C. § 301; 8 U.S.C. § 1367; United States ex. rel. Touhy v. Ragen, 340 U.S. 462 (1951)).

///

///

///

1  Melanie L. Proctor
   Office of the United States Attorney
2  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
3  Telephone: (415) 436-6730
   FAX: (415) 436-6927
4

5  Dated: September 27, 2007            Respectfully Submitted,

6                                       SCOTT N. SCHOOLS
                                        United States Attorney
7

8                                       _____/s/_____
                                        MELANIE L. PROCTOR
9                                       Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
No. C 07-03456 RMW                2