SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Respondent

*E-FILED - 10/11/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HAWKE, | No. C 07-03456 RMW |
|    Petitioner, | |
| v. | STIPULATION; [] ORDER |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES, | |
|    Respondent. | |

On July 2, 2007, Petitioner filed a Petition for Disclosure of Certain Records Held by the Department of Homeland Security. Petitioner did not serve the United States Attorney's Office with the Petition. On July 16, 2007, the Court issued an Order to Show Cause; however, the U.S. Attorney's Office did not receive a copy. On September 19, 2007, the Court ordered the United States to produce the requested documents, and appear for an <u>in camera</u> hearing on October 26, 2007. On September 26, 2007, the U.S. Attorney's Office learned of the matter; counsel for Respondent entered her appearance the following day.

The parties have discussed the law applicable to the case. Subject to approval of the Court, the parties hereby stipulate to the following:

///

1.   The Court's order dated September 19, 2007, and the hearing date on October 26, 2007, shall be vacated.

2.   This matter shall be held in abeyance pending the following:

   a.   Petitioner will prepare and submit a proper <u>Touhy</u> request to Respondent.

   b.   If Petitioner disagrees with Respondent's answer to his request, he will exhaust his administrative remedies and seek review of the agency decision in accord with the Administrative Procedure Act ("APA"). The instant petition may be amended to state a claim under the APA.

3.   Petitioner shall have 60 days from the date of a final agency action to amend his petition.

Dated: October 4, 2007              Respectfully Submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney


                                    _____/s/_____
                                    MELANIE L. PROCTOR[1]
                                    Assistant U.S. Attorney
                                    Attorneys for Respondent

Dated: October 4, 2007

                                    _____/s/_____
                                    DAVID J. LUCA
                                    Attorney for Petitioner

**ORDER**

The Court's Order dated September 19, 2007 and the October 26, 2007 hearing are hereby VACATED. This action shall be held in abeyance.

Dated: 10/11/07

                                    *Ronald M. Whyte*
                                    RONALD M. WHYTE
                                    United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-03456 RMW              2