1 **LAW OFFICES OF DENNIS J. LUCA**
**DENNIS J. LUCA, ESQ.    SBN 203847**
2 **DAVID J. LUCA, ESQ.    SBN 237973**
1252 Park Avenue
3 San Jose, CA 95126
Telephone (408) 287-7878
4 Facsimile  (408) 287-7879

5 ATTORNEYS FOR PETITIONER,
Mark Hawke

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARK HAWKE, | Case No.: C-07-03456 |
| Petitioner, | |
| vs. | **CERTIFICATE OF SERVICE** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES, a governmental entity, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Santa Clara County, California. I am over the age of l8 years and not a party to the within action; my business address is l252 Park Avenue, San Jose, California 95126.

On February 21, 2008, I served the following document(s):

**FIRST AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION**

**FIRST AMENDED PETITION FOR THE DISCLOSURE OF CERTAIN RECORDS HELD BY THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CITIZENSHIP SERVICES**

___

*CERTIFICATE OF SERVICE*
*HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES*
*CASE NO.: C-07-03456*

1

on the party or parties named below, as follows:

[ X ]   BY U.S MAIL [Fed. Rule Civ. Proc. Rule 5(b)]:  by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at the Law Offices of Dennis J. Luca, 1252 Park Avenue, San Jose, California, 95126 in accordance with the Law Offices of Dennis J. Luca's ordinary business practices.

I am readily familiar with the Law Offices of Dennis J. Luca's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of the Law Offices of Dennis J. Luca's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at the Law Offices of Dennis J. Luca with postage thereon fully prepaid for collection and mailing.

| | |
|---|---|
| Office of the Chief Counsel<br>U.S. Department of Homeland Security<br>20 Massachusetts Avenue, N.W. Room 4210<br>Washington, DC 20529<br>**[CERTIFIED MAIL]** | Office of the District Attorney<br>Attn: Maxmillian Zarzana<br>70 West Hedding Street<br>San Jose, CA 95110 |
| Lucia Herrera Hawke<br>c/o Julie Saffren, Esq.<br>586 North First Street, Suite 215<br>San Jose, CA  95112 | Melanie L. Proctor<br>Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>**[CERTIFIED MAIL]** | |

Executed on February 21, 2008, at Santa Clara County, California.  I declare under penalty of perjury that the above is true and correct.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/_____
DAVID LUCA

_____
*CERTIFICATE OF SERVICE*
*HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES*
*CASE NO.: C-07-03456*