JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HAWKE, ) | No. C 07-03456 RMW |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | STIPULATION TO BRIEFING; |
| ) | [PROPOSED] ORDER |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, ) | |
| ) | |
|     Respondent. ) | |
| _____ ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
No. C 07-03456 RMW

1  Pursuant to the parties' stipulation and the Court's order dated October 11, 2007, Petitioner has amended his complaint for review of an agency action. The parties hereby agree to the following briefing schedule:

| | |
|---|---|
| Last day for Respondent to answer: | April 18, 2008 |
| Last day for Petitioner to reply: | May 9, 2008 |
| Hearing: | May 23, 2008, at 9:00 a.m. |

Dated: February 21, 2008    Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant U.S. Attorney
Attorneys for Respondent

Dated: February 21, 2008

_____/s/_____
DAVID J. LUCA (CSBN 237973)
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

_____
RONALD M. WHYTE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-03456 RMW                2