1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7                                              *E-FILED - 2/28/08*

   Attorneys for Respondent
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

   MARK HAWKE,                    )    No. C 07-03456 RMW
12                                )
               Petitioner,        )
13                                )
         v.                       )    STIPULATION TO BRIEFING;
14                                )    [] ORDER
   UNITED STATES DEPARTMENT OF    )
15 HOMELAND SECURITY, CITIZENSHIP )
   AND IMMIGRATION SERVICES,      )
16                                )
               Respondent.        )
17 _____)

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
No. C 07-03456 RMW

1  Pursuant to the parties' stipulation and the Court's order dated October 11, 2007, Petitioner has amended his complaint for review of an agency action. The parties hereby agree to the following briefing schedule:

| | |
|---|---|
| Last day for Respondent to answer: | April 18, 2008 |
| Last day for Petitioner to reply: | May 9, 2008 |
| Hearing: | May 23, 2008, at 9:00 a.m. |

Dated: February 21, 2008              Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant U.S. Attorney
Attorneys for Respondent

Dated: February 21, 2008

_____/s/_____
DAVID J. LUCA (CSBN 237973)
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 2/28/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.