1  **LAW OFFICES OF DENNIS J. LUCA**
   **DENNIS J. LUCA, ESQ.    SBN 203847**
2  **DAVID J. LUCA, ESQ.     SBN 237973**
   1252 Park Avenue
3  San Jose, CA 95126
   Telephone (408) 287-7878
4  Facsimile  (408) 287-7879

5  ATTORNEYS FOR PETITIONER,
   Mark Hawke

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  MARK HAWKE,                          ) Case No.:  C-07-03456
                                         )
13              Petitioner,              )
                                         )
14  vs.                                  )
                                         ) **CERTIFICATE OF SERVICE**
15                                       )
                                         )
16  UNITED STATES DEPARTMENT OF          )
    HOMELAND SECURITY, CITIZENSHIP       )
17  AND IMMIGRATION SERVICES, a          )
    governmental entity,                 )
18                                       )
                Respondent.              )
19  _____  )

20                    **CERTIFICATE OF SERVICE**

21      I, the undersigned, declare that I am employed in Santa Clara County, California. I am
22  over the age of 18 years and not a party to the within action; my business address is 1252 Park
    Avenue, San Jose, California 95126.

23      On May 9, 2008, I served the following document(s):

24

25                    **PETITIONER'S REPLY BRIEF**

26  on the party or parties named below, as follows:

27  [ X ]    BY U.S MAIL [Fed. Rule Civ. Proc. Rule 5(b)]:  by placing a true copy of thereof
    enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for
28  collection and mailing at the Law Offices of Dennis J. Luca, 1252 Park Avenue, San Jose,

_____
*CERTIFICATE OF SERVICE*
*HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES*
*CASE NO.: C-07-03456*

1

1    California, 95126 in accordance with the Law Offices of Dennis J. Luca's ordinary business
2    practices.

3    I am readily familiar with the Law Offices of Dennis J. Luca's practice for collection and
     processing of correspondence for mailing with the United States Postal Service, and know that in
4    the ordinary course of the Law Offices of Dennis J. Luca's business practice the document(s)
     described above will be deposited with the United States Postal Service on the same date that it
5    (they) is (are) placed at the Law Offices of Dennis J. Luca with postage thereon fully prepaid for
6    collection and mailing.

7    Office of the Chief Counsel                        Office of the District Attorney
     U.S. Department of Homeland Security              Attn: Maxmillian Zarzana
8    20 Massachusetts Avenue, N.W. Room 4210           70 West Hedding Street
9    Washington, DC 20529                              San Jose, CA 95110

10

     Lucia Herrera Hawke                               Melanie L. Proctor
11   c/o Julie Saffren, Esq.                           Assistant United States Attorney
     586 North First Street, Suite 215                 450 Golden Gate Avenue, Box 36055
12   San Jose, CA  95112                               San Francisco, California 94102

13

14   U.S. Department of Justice
     950 Pennsylvania Avenue, NW
15   Washington, DC 20530

16

17

18

19        Executed on May 9, 2008, at Santa Clara County, California.  I declare under penalty of
     perjury that the above is true and correct.
20

21        I hereby attest that I have on file all holograph signatures for any signatures indicated by
     a "conformed" signature (/S/) within this efiled document.

22

23

24                                              /S/_____
                                                DAVID LUCA
25

26

27

28

_____
*CERTIFICATE OF SERVICE*
*HAWKE V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES*
*CASE NO.: C-07-03456*