# EXHIBIT 1

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0020; Expires 10/31/08
**I-360, Petition for Amerasian, Widow(er), or Special Immigrant**

| START HERE - Please type or print in black ink | For USCIS Use Only |
|---|---|

**Part 1. Information about person or organization filing this petition.** (Individuals should use the top name line; organizations should use the second line.) If you are a self-petitioning spouse or child and do not want USCIS to send notices about this petition to your home, you may show an alternate mailing address here. If you are filing for yourself and do not want to use an alternate mailing address, skip to Part 2.

| Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

Company or Organization Name

Address - C/O

| Street Number and Name | | Apt. # |
|---|---|---|
| City | State or Province | |
| Country | Zip/Postal Code | |
| U.S. Social Security # | A# | IRS Tax # (if any) |

**For USCIS Use Only**

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Petitioner/Applicant Interviewed
☐ Beneficiary Interviewed

☐ I-485 Filed Concurrently
☐ Bene "A" File Reviewed

Classification

Consulate

Priority Date

Remarks:

Action Block

**Part 2. Classification Requested (check one):**

a. ☐ Amerasian
b. ☐ Widow(er) of a U.S. citizen who died within the past two (2) years
c. ☐ Special Immigrant Juvenile
d. ☐ Special Immigrant Religious Worker
e. ☐ Special Immigrant based on employment with the Panama Canal Company, Canal Zone Government or U.S. Government in the Canal Zone
f. ☐ Special Immigrant Physician
g. ☐ Special Immigrant International Organization Employee or family member
h. ☐ Special Immigrant Armed Forces Member
i. ☐ Self-Petitioning Spouse of Abusive U.S. Citizen or Lawful Permanent Resident
j. ☐ Self-Petitioning Child of Abusive U.S. Citizen or Lawful Permanent Resident
k. ☐ Other, explain: _____

**Part 3. Information about the person this petition is for**

| Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

Address - C/O

| Street Number and Name | | Apt. # |
|---|---|---|
| City | State or Province | |
| Country | Zip/Postal Code | |
| Date of Birth (mm/dd/yyyy) | Country of Birth | |
| U.S. Social Security # | A # (if any) | |
| Marital Status: ☐ Single ☐ Married ☐ Divorced ☐ Widowed | | |

Complete the items below if this person is in the United States:

| Date of Arrival (mm/dd/yyyy) | I-94# |
|---|---|
| Current Nonimmigrant Status | Expires on (mm/dd/yyyy) |

**To Be Completed by**
☐ *Attorney or Representative*, if any
Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #



Form I-360 (Rev. 10/15/07)Y

## Part 4. Processing Information

Below give information on U.S. consulate you want notified if this petition is approved and if any requested adjustment of status cannot be granted.

| American Consulate: City | Country |
|---|---|
| | |

If you gave a United States address in **Part 3**, print the person's foreign address below. If his or her native alphabet does not use Roman letters, print his or her name and foreign address in the native alphabet.

| Name | Address |
|---|---|
| | |

| | | |
|---|---|---|
| Gender of the person this petition is for | ☐ Male | ☐ Female |
| Are you filing any other petitions or applications with this one? | ☐ No | ☐ Yes (How many? _____) |
| Is the person this petition is for in deportation or removal proceedings? | ☐ No | ☐ Yes (Explain on a separate sheet of paper) |
| Has the person this petition is for ever worked in the U.S. without permission? | ☐ No | ☐ Yes (Explain on a separate sheet of paper) |
| Is an application for adjustment of status attached to this petition? | ☐ No | ☐ Yes |

## Part 5. Complete only if filing for an Amerasian

**Section A. Information about the mother of the Amerasian**

| Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

Living? ☐ No (Give date of death _____) ☐ Yes (complete address line below) ☐ Unknown (attach a full explanation)

Address

**Section B. Information about the father of the Amerasian:** If possible, attach a notarized statement from the father regarding parentage. Explain on separate paper any question you cannot fully answer in the space provided on this form.

| Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth |
|---|---|
| | |

Living? ☐ No (Give date of death _____) ☐ Yes (complete address line below) ☐ Unknown (attach a full explanation)

Home Address

| Home Phone # ( ) | Work Phone # ( ) |
|---|---|
| | |

At the time the Amerasian was conceived:
  The father was in the military (indicate branch of service below and give service number here): _____

  ☐ Army   ☐ Air Force   ☐ Navy   ☐ Marine Corps   ☐ Coast Guard

☐ The father was a civilian employed abroad. Attach a list of names and addresses of organizations which employed him at that time.

☐ The father was not in the military, and was not a civilian employed abroad. (Attach a full explanation of the circumstances.)

## Part 6. Complete only if filing for a Special Immigrant Juvenile Court Dependent

**Section A. Information about the Juvenile**

List any other names used.

Answer the following questions regarding the person this petition is for. If you answer "No," explain on a separate sheet of paper.

| | | |
|---|---|---|
| Is he or she still dependent upon the juvenile court or still legally committed to or under the custody of an agency or department of a state? | ☐ No | ☐ Yes |
| Does he or she continue to be eligible for long-term foster care? | ☐ No | ☐ Yes |

## Part 7. Complete only if filing as a Widow/Widower, a Self-petitioning Spouse of an Abuser, or as a Self-petitioning Child of an Abuser

**Section A. Information about the U.S. citizen husband or wife who died or about the U.S. citizen or lawful permanent resident abuser**

| Family Name | Given Name | Middle Name |
|---|---|---|
| Date of Birth (mm/dd/yyyy) | Country of Birth | Date of Death (mm/dd/yyyy) |

He or she is now, or was at time of death a (check one):

- ☐ U.S. citizen born in the United States.
- ☐ U.S. citizen born abroad to U.S. citizen parents.
- ☐ U.S. citizen through naturalization *(Show A #)*
- ☐ U.S. lawful permanent resident (Show A #)
- ☐ Other, explain

**Section B. Additional Information about you.**

| How many times have you been married? | How many times was the person in Section A married? | Give the date and place where you and the person in Section A were married. *(If you are a self-petitioning child, write: "N/A")* |
|---|---|---|

When did you live with the person named in **Section A**? From *(Month/Year)* _____ until *(Month/Year)* _____

If you are filing as a widow/widower, were you legally separated at the time of the U.S citizens's death?   ☐ No   ☐ Yes, *(attach explanation)*.

Give the last address at which you lived together with the person named in **Section A**, and show the last date that you lived together with that person at that address:

If you are filing as a self-petitioning spouse, have any of your children filed separate self-petitions?   ☐ No   ☐ Yes *(show child(ren)'s full names):*

## Part 8. Information about the spouse and children of the person this petition is for

A widow/widower or a self-petitioning spouse of an abusive citizen or lawful permanent resident should also list the children of the deceased spouse or of the abuser.

| A. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Country of Birth | Relationship  ☐ Spouse  ☐ Child | | A # |
| B. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship  ☐ Child | | A # |
| C. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship  ☐ Child | | A # |
| D. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship  ☐ Child | | A # |
| E. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship  ☐ Child | | A # |

## Part 8. Information about the spouse and children of the person this petition is for (Continued)

| F. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Country of Birth | Relationship ☐ Child | | A # |
| G. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship ☐ Child | | A # |
| H. Family Name | Given Name | Middle Name | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship ☐ Child | | A # |

**Part 9. Signature**

*Read the information on penalties in the instructions before completing this part. If you are going to file this petition at a USCIS office in the United States, sign below. If you are going to file it at a U.S. consulate or USCIS office overseas, sign in front of a USCIS or consular official.*

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct. If filing this on behalf at an organization, I certify that I am empowered to do so by that organization. I authorize the release of any information from my records, or from the petitioning organization's records, that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit being sought.

*Signature*                                                                                      Date

| Signature of USCIS or Consular Official | Print Name | Date |
|---|---|---|

**NOTE:** If you do not completely fill out this petition or fail to submit required documents listed in the instructions, the person(s) filed for may not be found eligible for a requested benefit and the petition may be denied.

## Part 10. Signature of person preparing form, if other than above (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|

Firm Name
and Address