# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*__**

## CIVIL MINUTES

DATE: <u>May 23, 2008</u>

Case No. <u>C-07-03456-RMW</u>    JUDGE: <u>Ronald M. Whyte</u>

<u>MARK HAWKE</u>                              -V- <u>U.S. DEPARTMENT OF HOMELAND SECURITY</u>
Title

<u>D. Luca</u>                                                <u>M. Proctor</u>
**Attorneys Present (Plaintiff)**                 **Attorneys Present (Defendant)**

**COURT CLERK:** <u>Jackie Garcia</u>          **COURT REPORTER:** <u>Lee-Anne Shortridge</u>

## PROCEEDINGS

### PLAINTIFF'S MOTION FOR DISCLOSURE OF CERTAIN RECORDS

**ORDER AFTER HEARING**

<u>Hearing Held. The Court heard oral argument from both sides. The Court's tentative ruling is to deny the petition. The confidentiality of the documents (if they exist) seems to far outweigh any probative value they could have in the state proceeding. The Court to send out a final ruling to the parties. The matter is deemed submitted.</u>