E-FILED on     9/29/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HAWKE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Respondent. | No. C-07-03456 RMW<br><br>JUDGMENT |

　　By its order dated September 29, 2008, the court denied petitioner Mark Hawke's first amended petition for information from the United States Department of Homeland Security.

　　Accordingly, judgment is entered in favor of respondent and against petitioner. The clerk shall close the file.

DATED:     9/29/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT — No. C-07-03456 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Petitioner:**

3  David John Luca          david@lucalaw.com

4
5  **Counsel for Respondent:**

6  Melanie Lea Proctor      Melanie.Proctor@usdoj.gov

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8
9
10
11  **Dated:** _9/29/2008_                          _____TSF_____
    **Chambers of Judge Whyte**

**United States District Court**
**For the Northern District of California**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT — No. C-07-03456 RMW
TSF                                    2